UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Nathan Reardon</u>

   v.

<u>Lance E. Walker</u>
<u>Andrew Lizotte</u>

Case No. 25-cv-243-SDE

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 8, 2025. For the reasons explained therein, this case is dismissed.

The clerk shall enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: August 13, 2025

cc:    Nathan Reardon, pro se